# EXHIBIT C



Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200
Fax 602.229.5690
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 602.229-5283
E-Mail: james.ullman@quarles.com

January 8, 2016

**VIA OVERNIGHT COURIER**

Harpal Singh
President
Kelly Maxson, Inc.
75 Executive Dr., Suite 309
Aurora, IL 60504

RE: *Trademark Infringement of PracticeMax's PRACTICEMAX Mark*

Dear Mr. Singh:

As you know, we represent PracticeMax, Inc. ("PracticeMax"), a nationwide company that provides expertise, solutions, and technology to serve all types of health care organizations.

We are following up on our December 8, 2015 letter regarding Kelly Maxson's use of the PRACTICEMAX mark which is virtually identical to PracticeMax's use of its PRACTICEMAX mark. As of the date of this letter, we have not received any confirmation from you or any other Kelly Maxson representative that it has ceased its use of the confusingly similar trademark. A review of Kelly Maxson's website shows that it has removed the link to its PRACTICE MAX web page (www.kellymaxson.com/practice-max/) under the "Solutions" menu of their website (www.kellymaxson.com). However, the web address to the Kelly Maxson PRACTICE MAX website (www.kellymaxson.com/practice-max/) is still live if it were searched or typed in manually. Moreover, the Kelly Maxson website still contains at least a live link to the Kelly Maxson PRACTICE MAX web page under a June 7, 2014 tweet that is listed on numerous subpages of the website. Additionally, the Kelly Maxson Twitter page includes the same tweet (https://twitter.com/KellyMaxsonInc?ref_src=twsrc%5Etfw).

In order to resolve this matter amicably, PracticeMax requests that you and Kelly Maxson do the following:

1. cease using the PRACTICEMAX mark and change the name of the service so as to not be confusingly similar with marks owned by PracticeMax;

Harpal Singh
January 8, 2016
Page 2

      2.   remove all references to the PRACTICEMAX mark from any materials in Kelly Maxson's possession or control bearing the PRACTICEMAX mark, variations thereof, and any designation likely to cause confusion with PracticeMax's marks, including all advertisements, brochures, websites, Facebook, Twitter and other social media postings, email addresses, software, or marketing materials;

      3.   agree not to use the PRACTICEMAX mark, or any variation thereof, in the future.

Again, we would like to settle this matter as quickly and amicably as possible and we thank you for your cooperation. Please confirm in writing within **ten (10) calendar days** of the date of this letter that Kelly Maxson will cease the use of the PRACTICEMAX mark for any medical practice management services or products or related activities or services, and that it and any affiliates will comply with the requests of this letter. If we do not hear from you by that time, we will assume that PracticeMax must take further action to protect its valuable intellectual property.

We look forward to hearing from you.

Very truly yours,

James A. Ullman

cc: Christian G. Stahl
    Quarles & Brady LLP
    300 N. LaSalle Street, Suite 4000
    Chicago, Illinois 60654-3422